## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael J. Thompson, | Civil No. 11-2332 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Alvin I. Backlund, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 14), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, upon the merits, and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 15, 2012

        s/Richard H. Kyle  
        RICHARD H. KYLE  
        United States District Judge